APPEAL,CAP,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:21−cr−00085−CRC−1

Case title: USA v. STRAND et al

Magistrate judge case number: 1:21−mj−00051−GMH

Date Filed: 02/05/2021

---

Assigned to: Judge Christopher R. Cooper

**Defendant (1)**

| | |
|---|---|
| **JOHN HERBERT STRAND** | represented by **Stephen F. Brennwald**<br>BRENNWALD & ROBERTSON, LLP<br>922 Pennsylvania Avenue, SE<br>Washington, DC 20003<br>(301) 928−7727<br>Fax: (202) 544−7626<br>Email: sfbrennwald@cs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1512(c)(2) and 2;<br>TAMPERING WITH A<br>WITNESS, VICTIM OR<br>INFORMANT; Obstruction of an<br>Official Proceeding and Aiding<br>and Abetting<br>(1) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Thirty−Two (32) months as to Count 1, Twelve (12) months as to each Counts 2 and 3, and Six (6) months as to each Counts 4 and 5, with all counts to be served concurrently. Defendant further sentenced to serve a Thirty−Six (36) month period of supervised release as to Count 1 and a Twelve (12) month period of supervised release as to Counts 2 and 3 with all counts to be served concurrently. In addition, the Defendant is ordered to pay a special assessment of $170, Restitution in the amount of $2000 and a $10,000 fine. JURY VERDICT: GUILTY |
| 18 U.S.C. 1752(a)(1);<br>TEMPORARY RESIDENCE OF<br>THE PRESIDENT; Entering and<br>Remaining in a Restricted<br>Building or Grounds<br>(2) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Thirty−Two (32) months as to Count 1, Twelve (12) months as to each Counts 2 and 3, and Six (6) months as to each Counts 4 and 5, with all counts to be served concurrently. Defendant further sentenced to serve |

| | |
|---|---|
| | a Thirty−Six (36) month period of supervised release as to Count 1 and a Twelve (12) month period of supervised release as to Counts 2 and 3 with all counts to be served concurrently. In addition, the Defendant is ordered to pay a special assessment of $170, Restitution in the amount of $2000 and a $10,000 fine. JURY VERDICT: GUILTY |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Thirty−Two (32) months as to Count 1, Twelve (12) months as to each Counts 2 and 3, and Six (6) months as to each Counts 4 and 5, with all counts to be served concurrently. Defendant further sentenced to serve a Thirty−Six (36) month period of supervised release as to Count 1 and a Twelve (12) month period of supervised release as to Counts 2 and 3 with all counts to be served concurrently. In addition, the Defendant is ordered to pay a special assessment of $170, Restitution in the amount of $2000 and a $10,000 fine. JURY VERDICT: GUILTY |
| 40 U.S.C. 5104(e)(2)(D); FEDERAL STATUTES, OTHER; Disorderly Conduct in a Capitol Building (4) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Thirty−Two (32) months as to Count 1, Twelve (12) months as to each Counts 2 and 3, and Six (6) months as to each Counts 4 and 5, with all counts to be served concurrently. Defendant further sentenced to serve a Thirty−Six (36) month period of supervised release as to Count 1 and a Twelve (12) month period of supervised release as to Counts 2 and 3 with all counts to be served concurrently. In addition, the Defendant is ordered to pay a special assessment of $170, Restitution in the amount of $2000 and a $10,000 fine. JURY VERDICT: GUILTY |
| 40 U.S.C. 5104(e)(2)(G); FEDERAL STATUTES, OTHER; Parading, Demonstrating, or Picketing in a Capitol Building (5) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Thirty−Two (32) months as to Count 1, Twelve (12) months as to each Counts 2 and 3, and Six (6) months as to each Counts 4 and 5, with all counts to be served concurrently. Defendant further sentenced to serve a Thirty−Six (36) month period of supervised release as to Count 1 and a Twelve (12) month period of supervised release as to Counts 2 and 3 with all counts to be served concurrently. In addition, the Defendant is ordered to pay a special assessment of $170, Restitution in the amount of $2000 and a $10,000 fine. JURY VERDICT: GUILTY |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a) and 40:5104(e)(2) | JURY VERDICT: GUILTY |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **April Holly Ayers–Perez** <br> DOJ–ATR <br> Southern District of Texas <br> 450 5th Street NW <br> Room 11412 <br> Washington, DC 22035 <br> 202–894–4237 <br> Email: april.ayersperez@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* <br><br> **Jason Manning** <br> DOJ–CRM <br> Criminal Division, Fraud Section <br> 1400 New York Avenue NW <br> Washington, DC 20005 <br> 202–514–6256 <br> Email: jason.manning@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* <br><br> **Melissa Joy Jackson** <br> U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA <br> 555 4th Street, NW <br> Washington, DC 20530 <br> 202–252–7786 <br> Email: melissa.jackson@usdoj.gov <br> *TERMINATED: 02/19/2021* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2021 | 1 | SEALED COMPLAINT as to JOHN HERBERT STRAND (1), SIMONE MELISSA GOLD (2). (Attachments: # 1Redacted Affidavit in Support) (zstd) [1:21−mj−00051−GMH] (Entered: 01/14/2021) |
| 01/13/2021 | 3 | MOTION to Seal Case by USA as to JOHN HERBERT STRAND, SIMONE MELISSA GOLD. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21−mj−00051−GMH] (Entered: 01/14/2021) |
| 01/13/2021 | 4 | ORDER granting 3 Motion to Seal Case as to JOHN HERBERT STRAND (1), SIMONE MELISSA GOLD (2). Signed by Magistrate Judge G. Michael Harvey on 1/13/2021. (zstd) [1:21−mj−00051−GMH] (Entered: 01/14/2021) |
| 01/18/2021 |  | Case unsealed as to JOHN HERBERT STRAND, SIMONE MELISSA GOLD (bb) [1:21−mj−00051−GMH] (Entered: 01/21/2021) |
| 01/18/2021 |  | Arrest of JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2) in Central District of California. (zpt) (Entered: 02/16/2021) |
| 01/18/2021 |  | Arrest of JOHN HERBERT STRAND in US District Court for the Central District of California. (bb) (Entered: 02/17/2021) |
| 01/27/2021 | 5 | NOTICE OF ATTORNEY APPEARANCE: Stephen F. Brennwald appearing for JOHN HERBERT STRAND (Brennwald, Stephen) [1:21−mj−00051−GMH] (Entered: 01/27/2021) |
| 01/28/2021 | 32 | Arrest Warrant, dated 1/13/2021, Returned Executed in the U.S. District Court for the District of Columbia on 1/28/2021 as to JOHN HERBERT STRAND (1). (zpt) (znmw). (Entered: 02/16/2021) |
| 01/28/2021 |  | JOINT ORAL MOTION for Speedy Trial Waiver by JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2). (zpt) (Entered: 02/16/2021) |
| 01/28/2021 |  | ORAL MOTION to Appoint Counsel by JOHN HERBERT STRAND. (zpt) (Entered: 02/16/2021) |
| 01/28/2021 |  | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2) held on 1/28/2021. Oral Motion to Appoint Counsel by JOHN HERBERT STRAND (1) Heard and Granted. Joint Oral Motion for Speedy Trial Waiver by JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2) Heard and Granted. Time between 1/28/2021 and 3/5/2021 (36 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T as to JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2) Preliminary Hearing set for 3/5/2021 at 01:00 PM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendants Placed on Personal Recognizance; Court Reporter: Crystal Pilgrim; Defense Attorney: Stephen Brennwald (1), Kira West (2) and Dickson Young (2); US Attorney: Melissa Jackson; Pretrial Officer: Masharia Holman; (zpt) (Entered: 02/16/2021) |
| 01/28/2021 | 16 |  |

4

| | | |
|---|---|---|
| | | ORDER Setting Conditions of Release as to JOHN HERBERT STRAND (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 1/28/2021. (Attachments: # 1 Appearance Bond) (zpt) (Entered: 02/16/2021) |
| 01/28/2021 | | MINUTE ORDER as to JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 1/28/2021. (zpt) (Entered: 02/16/2021) |
| 01/28/2021 | 18 | Rule 5(c)(3) Documents Received as to JOHN HERBERT STRAND from US District Court for the Central District of California Case Number 21–mj–269 (Attachments: # 1 Rule 5 Documents)(bb) (Entered: 02/17/2021) |
| 02/05/2021 | 13 | INDICTMENT as to JOHN HERBERT STRAND (1) count(s) 1, 2, 3, 4, 5, SIMONE MELISSA GOLD (2) count(s) 1, 2, 3, 4, 5. (zltp) (Entered: 02/07/2021) |
| 02/07/2021 | 15 | NOTICE OF ATTORNEY APPEARANCE: Stephen F. Brennwald appearing for JOHN HERBERT STRAND (Brennwald, Stephen) (Entered: 02/07/2021) |
| 02/19/2021 | | MINUTE ORDER as to JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2): The parties are to appear for an Arraignment set for 2/25/2021 at 2:00 PM by VTC before Judge Christopher R. Cooper. The hearing will proceed by videoconferencing for the parties and by telephone for members of the public. Pursuant to Standing Order 20–20 (BAH), the Court will provide public access to the hearing. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20–20 (BAH), available on the Court's website. Toll Free Number: 888–204–5984; Access Code: 8981531. SO ORDERED by Judge Christopher R. Cooper on 2/19/21. (lsj) (Entered: 02/19/2021) |
| 02/19/2021 | 20 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Ayers–Perez, April Holly added. (Ayers–Perez, April) (Entered: 02/19/2021) |
| 02/25/2021 | | Minute Entry for video Arraignment held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2) on 2/25/2021. Defendants consent to proceed by video and sworn. Defendants arraigned and formally waives the formal reading of the Indictment and enters a Plea of Not Guilty as to all counts (1–5). Status Conference set for 4/28/2021 at 11:00 AM by VTC before Judge Christopher R. Cooper. The Court finds it in the interest of justice to toll the speedy trial clock from 2/25/21 through 4/28/21. Bond Status of Defendants: remains on supervised release. Court Reporter: Lisa Moreira. Defense Attorneys: Stephen F. Brennwald (1), Dickson J. Young and Kira Anne West (2); US Attorney: April Ayers–Perez. (lsj) (Entered: 02/25/2021) |
| 03/05/2021 | | MINUTE ORDER: The hearing currently scheduled for March 5, 2021 is hereby VACATED, as the government has formally charged JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2) and there are no additional matters necessitating action by a magistrate judge. If a hearing has not been scheduled before the assigned district judge, the parties are respectfully directed to contact the chambers of the assigned district judge to schedule a hearing. Signed by Magistrate Judge Zia M. Faruqui on 3/5/2021. (ztl) (Entered: 03/06/2021) |

| | | |
|---|---|---|
| 03/31/2021 | 24 | TRANSCRIPT OF ARRAIGNMENT in case as to JOHN HERBERT STRAND, SIMONE MELISSA GOLD before Judge Christopher R. Cooper held on Febrary 25, 2021; Page Numbers: 1–14. Date of Issuance:March 31, 2021. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courtho use at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/21/2021. Redacted Transcript Deadline set for 5/1/2021. Release of Transcript Restriction set for 6/29/2021.(Moreira, Lisa) (Entered: 03/31/2021) |
| 04/28/2021 | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2) on 4/28/2021. Further Status Conference set for 7/2/2021 at 2:00 PM by VTC before Judge Christopher R. Cooper. The Court finds it in the interest of justice to toll the speedy trial clock from 4/28/2021 through 7/2/2021. Bond Status of Defendants: remains on personal recognizance. Court Reporter: Lisa Moreira; Defense Attorneys: Stephen F. Brennwald (1); Dickson J. Young and Kira Anne West (2); US Attorney: April Holly Ayers−Perez. (lsj) (Entered: 04/28/2021) |
| 04/28/2021 | 30 | Unopposed MOTION for Protective Order by USA as to JOHN HERBERT STRAND. (Attachments: # 1 Text of Proposed Order)(Ayers−Perez, April) (Entered: 04/28/2021) |
| 04/29/2021 | 31 | STIPULATED PROTECTIVE ORDER as to JOHN HERBERT STRAND (1). See full Order for details. Signed by Judge Christopher R. Cooper on 04/29/2021. (lccrc3) (Entered: 04/29/2021) |
| 06/01/2021 | | MINUTE ORDER as to JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2): The Status Conference set for 7/2/2021 is vacated and reset for 7/15/2021 at 11:00 AM by VTC before Judge Christopher R. Cooper. Signed by Judge Christopher R. Cooper on 6/1/21. (lsj) (Entered: 06/01/2021) |
| 07/14/2021 | 37 | NOTICE *of Discovery Letter* by USA as to JOHN HERBERT STRAND (Attachments: # 1 Supplement Discovery Letter)(Ayers−Perez, April) (Entered: 07/14/2021) |
| 07/15/2021 | 39 | NOTICE *of Discovery Status Memo* by USA as to JOHN HERBERT STRAND (Ayers−Perez, April) (Entered: 07/15/2021) |
| 07/15/2021 | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2) on 7/15/2021. Further Status Conference set for 9/28/2021 at 2:00 PM by VTC before Judge |

| | | |
|---|---|---|
| | | Christopher R. Cooper. The Court finds it in the interest of justice to toll the speedy trial clock from 7/15/2021 through 9/28/2021.Bond Status of Defendant: personal recognizance; Court Reporter: Lisa Moreira; Defense Attorneys: Stephen F. Brennwald (1), Dickson J. Young and Kira Anne West (2); US Attorney: April Holly Ayers−Perez. (lsj) (Entered: 07/15/2021) |
| 09/23/2021 | 40 | NOTICE *of Filing UNITED STATES MEMORANDUM REGARDING STATUS OF DISCOVERY AS OF SEPTEMBER 14, 2021* by USA as to JOHN HERBERT STRAND (Attachments: # 1 Supplement Attachment A)(Ayers−Perez, April) Modified text on 9/24/2021 (zstd). (Entered: 09/23/2021) |
| 09/27/2021 | 43 | Joint MOTION to Continue *September 28, 2021 Status Conference*, Joint MOTION to Exclude *Time under the Speedy Trial Act* by USA as to JOHN HERBERT STRAND. (Attachments: # 1 Text of Proposed Order)(Ayers−Perez, April) (Entered: 09/27/2021) |
| 09/27/2021 | | MINUTE ORDER: The Court grants the 42 and 43 Joint Motions to Continue the September 28, 2021 Status Conference as to SIMONE MELISSA GOLD and JOHN HERBERT STRAND. The September 28, 2021 Status Conference is hereby vacated and reset for December 7, 2021 at 3:00 PM by VTC before Judge Christopher R. Cooper. The Court finds it in the interest of justice to toll the speedy trial clock from 9/28/2021 through 12/7/2021. Signed by Judge Christopher R. Cooper on 9/27/2021. (lccrc3) (Entered: 09/27/2021) |
| 10/21/2021 | 44 | MEMORANDUM REGARDING STATUS OF DISCOVERY AS OF OCTOBER 21, 2021 by USA as to JOHN HERBERT STRAND, SIMONE MELISSA GOLD (Ayers−Perez, April) Modified text on 10/22/2021 (zstd). (Entered: 10/21/2021) |
| 12/03/2021 | 47 | NOTICE *of Filing Discovery Status Update* by USA as to JOHN HERBERT STRAND (Ayers−Perez, April) (Entered: 12/03/2021) |
| 12/07/2021 | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2) on 12/7/2021. Further Status Conference set for 2/8/2022 at 3:00 PM by VTC before Judge Christopher R. Cooper. The Court finds it in the interest of justice to toll the speedy trial clock from 12/7/2021 through 2/8/2022.Bond Status of Defendants: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorneys: Stephen F. Brennwald (1) and Kira Anne West (2); US Attorney: April Holly Ayers−Perez. (lsj) (Entered: 12/07/2021) |
| 02/03/2022 | 49 | ENERED IN ERROR.....Consent MOTION to Continue *Status Hearing* by JOHN HERBERT STRAND. (Attachments: # 1 Text of Proposed Order)(Brennwald, Stephen) Modified on 2/4/2022 (zstd). (Entered: 02/03/2022) |
| 02/03/2022 | | NOTICE OF CORRECTED DOCKET ENTRY: as to JOHN HERBERT STRAND re 49 Consent MOTION to Continue *Status Hearing* was entered in error and counsel was instructed to refile said pleading with the correct case number 21−cr−85 (CRC). (zstd) (Entered: 02/04/2022) |
| 02/07/2022 | | MINUTE ORDER: The parties are still directed to appear for a further status conference in this matter set for tomorrow, February 8, 2022, at 3:00 PM by VTC before Judge Christopher R. Cooper. Defendants had filed a 49 Consent Motion to Continue the Status Hearing, which was terminated due to a docket entry error. See Notice of Corrected Docket Entry, dated 2/3/2022. Although defendants were directed to refile their motion, the Court finds that there is no need to do so in light of its plan |

7

| | | |
|---|---|---|
| | | to hold the status conference as scheduled. Signed by Judge Christopher R. Cooper on 2/7/2022. (lccrc3) (Entered: 02/07/2022) |
| 02/08/2022 | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) and SIMONE MELISSA GOLD (2) on 2/8/2022. Forthcoming Pretrial Order for Defendant Strand (1). The Court finds it in the interest of justice to toll the speedy trial clock from 2/8/2022 through 3/11/2022 as to Defendant Strand (1) and 2/8/2022 through 2/17/2022 as to Defendant Gold (2). Bond Status of Defendants: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorneys: Stephen F. Brennwald (1) and Dickson J. Young and Kira Anne West (2); US Attorney: April Holly Ayers–Perez. (lsj) (Entered: 02/08/2022) |
| 02/08/2022 | | NOTICE OF HEARING as to JOHN HERBERT STRAND (1): Status Conference set for 3/11/2022 at 11:00 AM by VTC before Judge Christopher R. Cooper. (lsj) (Entered: 02/08/2022) |
| 02/10/2022 | 52 | PRETRIAL ORDER as to JOHN HERBERT STRAND. See full Order for details. Signed by Judge Christopher R. Cooper on 2/10/2022. (lccrc3) (Entered: 02/10/2022) |
| 02/10/2022 | 53 | NOTICE *of Filing United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to JOHN HERBERT STRAND, SIMONE MELISSA GOLD (Ayers–Perez, April) (Entered: 02/10/2022) |
| 03/01/2022 | 55 | Unopposed MOTION to Strike *Portions of the Indictment* by USA as to JOHN HERBERT STRAND, SIMONE MELISSA GOLD. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Govt Exhibit A, # 3 Exhibit Govt Exhibit A–1, # 4 Exhibit Govt Exhibit B)(Ayers–Perez, April) (Entered: 03/01/2022) |
| 03/01/2022 | 56 | ORDER granting 55 Motion to Strike Portions of the Indictment as to JOHN HERBERT STRAND and SIMONE MELISSA GOLD. Specifically, the Court grants the government's requests that the Court amend the reference in Counts Two and Three of the Indictment to "where the Vice President and Vice President–elect were temporarily visiting" to "where the Vice President was temporarily visiting" in both counts. See full Order for details. Signed by Judge Christopher R. Cooper on 3/1/2022. (lccrc3) (Entered: 03/01/2022) |
| 03/11/2022 | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) on 3/11/2022. Trial remains set for 7/18/2021 at 9:00 AM. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Bryan Wayne; Defense Attorney: Stephen F. Brennwald; US Attorney: April Holly Ayers–Perez. (lsj) (Entered: 03/11/2022) |
| 04/26/2022 | 59 | NOTICE OF ATTORNEY APPEARANCE Jason Manning appearing for USA. (Manning, Jason) (Entered: 04/26/2022) |
| 06/07/2022 | 62 | Unopposed MOTION to Continue *Trial* by JOHN HERBERT STRAND. (Attachments: # 1 Text of Proposed Order)(Brennwald, Stephen) (Entered: 06/07/2022) |
| 06/08/2022 | | MINUTE ORDER: In light of the 62 Motion to Continue Trial, the parties are hereby directed to appear for a Status Conference on June 9, 2022, at 2:30 PM by VTC before Judge Christopher R. Cooper. Video connection information will be provided separately. Signed by Judge Christopher R. Cooper on 6/8/2022. (lccrc3) (Entered: 06/08/2022) |

| 06/09/2022 | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) on 6/9/2022. Oral arguments submitted on Defendant's Unopposed MOTION 62 to Continue Trial. Defendant's Motion DENIED for reasons stated on the record. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Stephen F. Brennwald; US Attorneys: April Holly Ayers–Perez and Jason Manning. (lsj) (Entered: 06/09/2022) |
|---|---|---|
| 06/14/2022 | 69 | MOTION to Permit *Travel* by JOHN HERBERT STRAND. (Attachments: # 1 Text of Proposed Order)(Brennwald, Stephen) (Entered: 06/14/2022) |
| 06/15/2022 | | MINUTE ORDER: The Court hereby GRANTS the 69 Motion to Permit Travel Within the District of Columbia. It is hereby ORDERED that Defendant John Strand Strand shall be permitted to accompany Defendant Dr. Simone Gold, on the morning of June 16, 2022, from their location in Virginia to the United States District Court for the District of Columbia, located at 333 Constitution Avenue, N.W., Washington, D.C., and to wait outside of the courthouse (defined as within 150 feet from the exterior of the courthouse) until Dr. Gold's sentencing concludes, at which point both defendants shall leave the District of Columbia unless accompanied by counsel for the purposes of participating in meetings related to Mr. Strand's upcoming trial. Signed by Judge Christopher R. Cooper on 6/15/2022. (lccrc3) (Entered: 06/15/2022) |
| 06/22/2022 | | MINUTE ORDER: The Court has been made aware of the need for a status conference as to Defendant JOHN HERBERT STRAND. The parties are hereby directed to appear for a status conference on June 23, 2022, at 2:30 PM by VTC before Judge Christopher R. Cooper. Video connection information will be provided separately. Signed by Judge Christopher R. Cooper on 6/22/2022. (lccrc3) (Entered: 06/22/2022) |
| 06/23/2022 | | Minute Entry for Video Status Conference held on 6/23/2022 before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1). The current Jury Trial set for 7/18/2022 is hereby VACATED and re–scheduled for 9/19/2022 at 9:00 AM in Courtroom 27A– In Person, before Judge Christopher R. Cooper. Revised Pretrial Order coming forthwith from Chambers. Bond Status of Defendant: remains on personal recognizance. Court Reporter: Lisa Moreira. Defense Attorney: Stephen F. Brennwald. US Attorneys: April Holly Ayers–Perez and Jason Manning. (smc) (Entered: 06/23/2022) |
| 06/27/2022 | | Terminated Deadlines and Hearings as to JOHN HERBERT STRAND (lsj) (Entered: 06/27/2022) |
| 06/27/2022 | 76 | PRETRIAL ORDER as to JOHN HERBERT STRAND. See full Order for details. Signed by Judge Christopher R. Cooper on 6/27/2022. (lccrc3) (Entered: 06/27/2022) |
| 07/15/2022 | 78 | MOTION to Dismiss Count *s One, Two, and Three* by JOHN HERBERT STRAND. (Attachments: # 1 Text of Proposed Order)(Brennwald, Stephen) (Entered: 07/15/2022) |
| 07/15/2022 | 79 | MOTION to Change Venue by JOHN HERBERT STRAND. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Brennwald, Stephen) (Entered: 07/15/2022) |
| 07/15/2022 | 80 | NOTICE *of Request for Hearing* by JOHN HERBERT STRAND (Brennwald, Stephen) (Entered: 07/15/2022) |
| 07/19/2022 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER: In light of the 80 Notice of Defendant Strand's Request for a Hearing, the parties are hereby directed to appear for a status conference on July 26, 2022, at 11:00 AM by VTC before Judge Christopher R. Cooper. Video connection information will be provided to the parties separately. Signed by Judge Christopher R. Cooper on 7/19/2022. (lccrc3) (Entered: 07/19/2022) |
| 07/22/2022 | | NOTICE OF AMENDED HEARING as to JOHN HERBERT STRAND (1): Status Conference reset for 7/26/2022 at 10:00 AM by VTC before Judge Christopher R. Cooper. (lsj) (Entered: 07/22/2022) |
| 07/26/2022 | | Minute Entry for proceedings held before Judge Christopher R. Cooper: video Status Conference as to JOHN HERBERT STRAND (1) on 7/26/2022. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Stephen F Brennwald; US Attorneys: April Holly Ayers−Perez and Jason Manning. (lsj) (Entered: 07/26/2022) |
| 07/27/2022 | 81 | RESPONSE by USA as to JOHN HERBERT STRAND re 79 MOTION to Change Venue (Ayers−Perez, April) (Entered: 07/27/2022) |
| 07/28/2022 | 82 | RESPONSE by USA as to JOHN HERBERT STRAND re 78 MOTION to Dismiss Count *s One, Two, and Three* (Ayers−Perez, April) (Entered: 07/28/2022) |
| 08/05/2022 | 83 | Unopposed MOTION for Extension of Time to File *Reply to Government's Opposition to Defendant's Motion to Dismiss Counts* by JOHN HERBERT STRAND. (Attachments: # 1 Text of Proposed Order)(Brennwald, Stephen) (Entered: 08/05/2022) |
| 08/05/2022 | | MINUTE ORDER: The Court grants the 83 Motion for Extension of Time to File Reply. Defendant JOHN HERBERT STRAND shall file his reply brief in support of his motion to dismiss on or before August 9, 2022. Signed by Judge Christopher R. Cooper on 8/5/2022. (lccrc3) (Entered: 08/05/2022) |
| 08/06/2022 | 84 | REPLY TO OPPOSITION to Motion by JOHN HERBERT STRAND re 79 MOTION to Change Venue (Brennwald, Stephen) (Entered: 08/06/2022) |
| 08/09/2022 | 85 | SEALED MOTION For Recusal as to JOHN HERBERT STRAND. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit)(Brennwald, Stephen) Modified text on 8/10/2022 (zstd). Modified to unseal pursuant to Opinion and Order 90 on 8/17/2022 (lsj). (Entered: 08/09/2022) |
| 08/09/2022 | 86 | REPLY TO OPPOSITION to Motion by JOHN HERBERT STRAND re 78 MOTION to Dismiss Count *s One, Two, and Three* (Brennwald, Stephen) (Entered: 08/09/2022) |
| 08/12/2022 | 87 | SEALED OPPOSITION regarding Defense 08−01−22 Motion filed by USA as to JOHN HERBERT STRAND (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Govt Ex A)(Ayers−Perez, April) Modified to unseal pursuant to Opinion and Order 90 on 8/17/2022 (zlsj). (Entered: 08/12/2022) |
| 08/17/2022 | 88 | OPINION AND ORDER denying 78 Defendant's Motion to Dismiss. See full Opinion and Order for details. Signed by Judge Christopher R. Cooper on 08/17/2022. (lccrc3) (Entered: 08/17/2022) |
| 08/17/2022 | 89 | OPINION AND ORDER denying 79 Defendant's Motion to Transfer Venue. See full Opinion and Order for details. Signed by Judge Christopher R. Cooper on 08/17/2022. |

| | | |
|---|---|---|
| | | (lccrc3) (Entered: 08/17/2022) |
| 08/17/2022 | 90 | OPINION AND ORDER denying 85 Defendant's Motion for Recusal. See full Opinion and Order for details. The Court hereby directs the Clerk's Office and the court reporter to unseal the 85 motion and all related filings and hearing transcripts that have been sealed at the defense's request. Signed by Judge Christopher R. Cooper on 08/17/2022. (lccrc3) (Entered: 08/17/2022) |
| 08/27/2022 | 91 | MOTION to Continue *Trial* by JOHN HERBERT STRAND. (Attachments: # 1 Text of Proposed Order)(Brennwald, Stephen) (Entered: 08/27/2022) |
| 08/29/2022 | 92 | Memorandum in Opposition by USA as to JOHN HERBERT STRAND re 91 Motion to Continue (Attachments: # 1 Exhibit A. Email from S. Brennwald, 06.22.2022, # 2 Exhibit B. NPR Article, 09.14.2021, # 3 Exhibit C. Reuters Article, 01.21.2021)(Manning, Jason) Modified defendant on 8/29/2022 (zstd). (Entered: 08/29/2022) |
| 08/29/2022 | 93 | EXHIBIT LIST by USA as to JOHN HERBERT STRAND (Manning, Jason) (Entered: 08/29/2022) |
| 08/30/2022 | | MINUTE ORDER: Defendant Strand's 91 Motion to Continue Trial is hereby DENIED. If defense counsel wishes to compel the relevant witness's presence at trial, he may file an ex parte application with the Court for the issuance of a trial subpoena, along with a completed subpoena, pursuant to Federal Rule of Criminal Procedure 17. The application must demonstrate "the necessity of the witness's presence for an adequate defense" in light of the considerations raised by the Government in its opposition to the continuance motion. See Fed. R. Crim. P. 17(b). Should the Court grant the application, it is prepared to order the U.S. Marshals Service to serve the subpoena and transport the witness to this jurisdiction in advance of the trial. Any application shall be filed by August 31, 2022. SO ORDERED by Judge Christopher R. Cooper on 08/30/2022. (lccrc3) (Entered: 08/30/2022) |
| 09/06/2022 | 94 | Proposed Voir Dire by USA as to JOHN HERBERT STRAND (Ayers–Perez, April) (Entered: 09/06/2022) |
| 09/08/2022 | 95 | Objection to Government's Exhibits re 93 Exhibit List by JOHN HERBERT STRAND. (Brennwald, Stephen) Modified text to remove "motion" on 9/9/2022 (zltp). (Entered: 09/08/2022) |
| 09/09/2022 | 96 | MOTION in Limine by USA as to JOHN HERBERT STRAND. (Attachments: # 1 Exhibit A. Proposed Redacted Plea Agreement, # 2 Exhibit B. Proposed Redacted SOO)(Manning, Jason) (Entered: 09/09/2022) |
| 09/09/2022 | 97 | WITNESS LIST by USA as to JOHN HERBERT STRAND (Manning, Jason) (Entered: 09/09/2022) |
| 09/09/2022 | 98 | Proposed Jury Instructions by USA as to JOHN HERBERT STRAND (Manning, Jason) (Entered: 09/09/2022) |
| 09/09/2022 | 99 | PROPOSED VERDICT FORM as to JOHN HERBERT STRAND (Manning, Jason) (Entered: 09/09/2022) |
| 09/15/2022 | | Minute Entry for Pretrial Conference held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) on 9/15/2022. Defendants presence waived on the record. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Stephen F. Brennwald; US Attorneys: April Holly |

| | | |
|---|---|---|
| | | Ayers–Perez and Jason Manning Jason Manning. (lsj) (Entered: 09/15/2022) |
| 09/19/2022 | | Minute Entry for Jury Selection/Trial held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) on 9/19/2022 on Counts 1–5. Voir dire and jury selection commenced and to continue on 9/20/2022 at 9:00 AM in Courtroom 27A (in person) before Judge Christopher R. Cooper. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Stephen F. Brennwald; US Attorneys: April Holly Ayers–Perez and Jason Manning. (lsj) (Entered: 09/19/2022) |
| 09/20/2022 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations, all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Signed by Judge Christopher R. Cooper on 9/20/2022. (lsj) (Entered: 09/20/2022) |
| 09/20/2022 | | Minute Entry for Jury Trial held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) on 9/20/2022 as to Counts 1–5. Voir dire commenced and concluded with twelve jurors and two alternates selected and sworn. Jury Trial commenced and to continue on 9/20/2022 at 9:30 AM in Courtroom 27A (in person) before Judge Christopher R. Cooper. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Stephen F. Brennwald; US Attorneys: April Holly Ayers–Perez and Jason Manning; Government Witnesses: Carneysha Mendoza, Elizabeth Glavey and Kyle Jones. (lsj) Modified on 11/8/2022 to correct presiding judge.(ztnr) (Entered: 09/20/2022) |
| 09/21/2022 | | Minute Entry for Jury Trial held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) on 9/21/2022 on Counts 1–5. Trial resumed with same jury and alternates. Jury Trial to continue on 9/22/2022 at 9:30 AM in Courtroom 27A (in person) before Judge Christopher R. Cooper. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Stephen F. Brennwald; US Attorneys: April Holly Ayers–Perez and Jason Manning; Government Witnesses: Kyle Jones (resumed from 9/20/2022), Joshua Pollitt, Nelson Vargas, Joseph Pitts and Austin McGoff. (lsj) (Entered: 09/21/2022) |
| 09/22/2022 | | Minute Entry for Jury Trial held before Judge Christopher R. Cooper: as to JOHN HERBERT STRAND (1) on 9/22/2022 on Counts 1–5. Trial resumed with same jury and alternates. Jury Trial ton continue on 9/23/2022 at 9:30 AM in Courtroom 27A (in person) before Judge Christopher R. Cooper. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Stephen F. Brennwald; US Attorneys: April Holly Ayers–Perez and Jason Manning; Government Witnesses: Austin McGoff (resumed from 9/21/2022), Benjamin Brockwell and Eric Turner. (lsj) (Entered: 09/23/2022) |
| 09/23/2022 | | Minute Entry for Jury Trial held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) on 9/23/2022 on Counts 1–5. Trial resumed with same jury and alternates. Government rests case–in–chief. Defense presents case and rests. Government declines to present rebuttal case. Jury Trial to continue on 9/26/2022 at 9:30 AM in Courtroom 27A (in person) before Judge Christopher R. Cooper. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Stephen F. Brennwald; US Attorneys: April Holly Ayers–Perez and Jason Manning; Government Witness: Eric Turner (resumed from 9/22/2022). Defense Witness: John Strand. (lsj) (Entered: 09/23/2022) |
| 09/26/2022 | | |

12

|  |  | Minute Entry for Jury Trial held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) on 9/26/2022 on Counts 1–5. Trial resumed with same jury and alternates. Jury charge instructions provided to jurors. Alternate jurors 1195 and 2052 released. Jury deliberations commenced and to continue on 9/27/2022 at 9:30 AM in Courtroom 27A (in person) before Judge Christopher R. Cooper. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Stephen F. Brennwald; US Attorneys: April Holly Ayers–Perez and Jason Manning. (lsj) (Entered: 09/26/2022) |
|---|---|---|
| 09/26/2022 | 102 | EXHIBIT LIST by JOHN HERBERT STRAND (1) (lsj) (Entered: 09/26/2022) |
| 09/26/2022 | 103 | EXHIBIT LIST by USA as to JOHN HERBERT STRAND (1) (lsj) (Entered: 09/26/2022) |
| 09/26/2022 | 104 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to JOHN HERBERT STRAND (1) (lsj) (Entered: 09/26/2022) |
| 09/27/2022 | 105 | Jury Note #1 as to JOHN HERBERT STRAND (1) (lsj) (Entered: 09/27/2022) |
| 09/27/2022 | 106 | Court's Response to Jury Note #1 105 as to JOHN HERBERT STRAND (1). Signed by Judge Christopher R. Cooper on 9/26/2022. (lsj) (Entered: 09/27/2022) |
| 09/27/2022 | 107 | Jury Note #2 as to JOHN HERBERT STRAND (1) (lsj) (Entered: 09/27/2022) |
| 09/27/2022 |  | Minute Entry for Jury Trial held before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1) on 9/27/2022 on Counts 1–5. Deliberations resumed and concluded with same twelve deliberating jurors. JURY VERDICT rendered as to JOHN HERBERT STRAND (1): Guilty on all Counts (1–5). Jury discharged from any further consideration in this case. Defendant shall remain on pretrial release pending sentencing and shall continue to adhere to all conditions previously set forth. Presentence investigation report ordered. Sentencing Memorandum due by 1/5/2023. Sentencing set for 1/12/2023 at 11:00 AM in Courtroom 27A (in person) before Judge Christopher R. Cooper.. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Jeff Hook; Defense Attorney: Stephen F. Brennwald; US Attorneys: April Holly Ayers–Perez and Jason Manning. (lsj) (Entered: 09/27/2022) |
| 09/27/2022 | 108 | VERDICT FORM as to JOHN HERBERT STRAND (1) (lsj) (Entered: 09/27/2022) |
| 09/27/2022 | 109 | **Signature Page of Foreperson** as to JOHN HERBERT STRAND (1) on Jury Note #1. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zlsj) (Entered: 09/27/2022) |
| 09/27/2022 | 110 | **Signature Page of Foreperson** as to JOHN HERBERT STRAND (1) on Jury Note #2. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zlsj) (Entered: 09/27/2022) |
| 09/27/2022 | 111 | **Signature Page of Foreperson** as to JOHN HERBERT STRAND (1) on Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zlsj) (Entered: 09/27/2022) |
| 09/27/2022 | 112 | Jury Instructions as to JOHN HERBERT STRAND (1) (lsj) (Entered: 09/27/2022) |
| 11/09/2022 | 114 | TRANSCRIPT OF JURY TRIAL in case as to JOHN HERBERT STRAND before Judge Christopher R. Cooper held on September 19, 2022; Page Numbers: 1–264. Date of Issuance:November 9, 2022. Court Reporter/Transcriber Lisa A. Moreira, |

| | | |
|---|---|---|
| | | RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public t erminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/30/2022. Redacted Transcript Deadline set for 12/10/2022. Release of Transcript Restriction set for 2/7/2023.(Moreira, Lisa) (Entered: 11/09/2022) |
| 11/09/2022 | 115 | TRANSCRIPT OF JURY TRIAL – DAY 2 in case as to JOHN HERBERT STRAND before Judge Christopher R. Cooper held on September 20, 2022; Page Numbers: 265−483. Date of Issuance:November 9, 2022. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/30/2022. Redacted Transcript Deadline set for 12/10/2022. Release of Transcript Restriction set for 2/7/2023.(Moreira, Lisa) (Entered: 11/09/2022) |
| 11/09/2022 | 116 | TRANSCRIPT OF JURY TRIAL – DAY 3 in case as to JOHN HERBERT STRAND before Judge Christopher R. Cooper held on September 21, 2022; Page Numbers: 484−729. Date of Issuance:November 9, 2022. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/30/2022. Redacted Transcript Deadline set for 12/10/2022. Release of Transcript Restriction set for 2/7/2023.(Moreira, Lisa) (Entered: 11/09/2022) |
| 11/09/2022 | 117 | TRANSCRIPT OF JURY TRIAL – DAY 4 in case as to JOHN HERBERT STRAND before Judge Christopher R. Cooper held on September 22, 2022; Page Numbers: 730–962. Date of Issuance:November 9, 2022. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/30/2022. Redacted Transcript Deadline set for 12/10/2022. Release of Transcript Restriction set for 2/7/2023.(Moreira, Lisa) (Entered: 11/09/2022) |
| 11/09/2022 | 118 | TRANSCRIPT OF JURY TRIAL – DAY 5 in case as to JOHN HERBERT STRAND before Judge Christopher R. Cooper held on September 23, 2022; Page Numbers: 963–1161. Date of Issuance:November 9, 2022. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/30/2022. Redacted Transcript Deadline set for 12/10/2022. |

| | | |
|---|---|---|
| | | Release of Transcript Restriction set for 2/7/2023.(Moreira, Lisa) (Entered: 11/09/2022) |
| 11/09/2022 | 119 | TRANSCRIPT OF JURY TRIAL – DAY 6 in case as to JOHN HERBERT STRAND before Judge Christopher R. Cooper held on September 26, 2022; Page Numbers: 1162–1262. Date of Issuance:November 9, 2022. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse a t a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/30/2022. Redacted Transcript Deadline set for 12/10/2022. Release of Transcript Restriction set for 2/7/2023.(Moreira, Lisa) (Entered: 11/09/2022) |
| 12/05/2022 | | MINUTE ORDER as to JOHN HERBERT STRAND: In light of a scheduling conflict, the Sentencing set for 1/12/2023 is vacated and reset for 1/20/2023 at 10:00 AM in Courtroom 27A (in person) before Judge Christopher R. Cooper.SO ORDERED by Judge Christopher R. Cooper on 12/5/2022. (lsj) (Entered: 12/05/2022) |
| 01/07/2023 | 121 | Unopposed MOTION to Continue *Sentencing* by JOHN HERBERT STRAND. (Attachments: # 1 Text of Proposed Order)(Brennwald, Stephen) (Entered: 01/07/2023) |
| 01/11/2023 | | MINUTE ORDER granting 121 Motion to Continue as to JOHN HERBERT STRAND (1). The Court hereby vacates the sentencing hearing scheduled for January 20, 2023. The sentencing will be reset for May 2, 2023, at 10:00 AM in Courtroom 27A before Judge Christopher R. Cooper. Signed by Judge Christopher R. Cooper on 01/11/2023. (lccrc3) (Entered: 01/11/2023) |
| 04/19/2023 | 123 | MOTION to Continue *Sentencing* by JOHN HERBERT STRAND. (Brennwald, Stephen) (Entered: 04/19/2023) |
| 04/20/2023 | 124 | RESPONSE by USA as to JOHN HERBERT STRAND re 123 MOTION to Continue *Sentencing* (Ayers–Perez, April) (Entered: 04/20/2023) |
| 04/21/2023 | | MINUTE ORDER granting 123 Motion to Continue Sentencing as to JOHN HERBERT STRAND (1). The Court sets the sentencing in this matter for June 1, 2023 at 2:00 PM in Courtroom 27A (In Person) before Judge Christopher R. Cooper. Sentencing memoranda are due by May 25, 2023. Signed by Judge Christopher R. Cooper on 04/21/2023. (lccrc3) (Entered: 04/21/2023) |
| 05/25/2023 | 131 | |

| | | |
|---|---|---|
| | | SENTENCING MEMORANDUM by USA as to JOHN HERBERT STRAND (Attachments: # 1 Exhibit Government Exhibit 1, # 2 Exhibit Government Exhibit 2, # 3 Exhibit Government Exhibit 3, # 4 Exhibit Government Exhibit 4, # 5 Exhibit Government Exhibit 5, # 6 Exhibit Government Exhibit 6, # 7 Exhibit Government Exhibit 7, # 8 Exhibit Government Exhibit 8)(Ayers−Perez, April) (Entered: 05/25/2023) |
| 05/30/2023 | 133 | SENTENCING MEMORANDUM by JOHN HERBERT STRAND (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Brennwald, Stephen) (Entered: 05/30/2023) |
| 06/01/2023 | | Minute Entry for Sentencing held on 6/1/2023 before Judge Christopher R. Cooper as to JOHN HERBERT STRAND (1): It is the judgment of the Court, that the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Thirty−two (32) months as to Count 1, Twelve (12) months as to each Counts 2 and 3, and Six (6) months as to each Counts 4 and 5, with all counts to be served concurrently. Defendant further sentenced to serve a Thirty−Six (36) month period of supervised release as to Count 1 and a Twelve (12) month period of supervised release as to Counts 2 and 3 with all counts to be served concurrently. In addition, the Defendant is ordered to pay a special assessment of $170, Restitution in the amount of $2000 and a $10,000 fine. Defendant's oral motion to stay period of incarceration pending appeal, heard and DENIED. Defendant is allowed to voluntarily surrender. Bond Status of Defendant: Continued on Personal Recognizance Bond. US Attorneys: April Ayers−Perez and Jason Manning. Defense Attorney: Stephen F. Brennwald. Probation Officer: Robert Walters. Court Reporter: Lisa Moreira. (smc) (Entered: 06/02/2023) |
| 06/05/2023 | 135 | NOTICE OF APPEAL − Final Judgment by JOHN HERBERT STRAND Filing fee $ 505, receipt number ADCDC−10116735. Fee Status: Fee Paid. Parties have been notified. (Smith, Nicholas) (Entered: 06/05/2023) |

17

Use the Tab key to move from field to field on this form.

CO-290
Notice of Appeal Criminal                                                    Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 21-cr-85-CRC |
| ) | |
| John H. Strand ) | |

## NOTICE OF APPEAL

Name and address of appellant:    John H. Strand
8805 Tamiami Trail N.
Suite 254
Naples, FL 34108

Name and address of appellant's attorney:    Nicholas Smith
1123 Broadway
Suite 909
New York, NY 10010

Offense:   18 U.S.C.1512(c)(2); 18 U.S.C. 1752; 40 U.S.C. 5104

Concise statement of judgment or order, giving date, and any sentence:

Judgment, entered on 6/1/2023, sentencing Appellant to 32 months' incarceration on five convictions, including one under Section 1512(c)(2).

Name and institution where now confined, if not on bail:   n/a

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

6/5/23                                        /s/ John H. Strand
DATE                                          APPELLANT
                                              *Nicholas Smith*
                                              ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [ ]
PAID USDC FEE          [ ]
PAID USCA FEE          [✔]

Does counsel wish to appear on appeal?                YES [✔]   NO [ ]
Has counsel ordered transcripts?                      YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]

18