# United States Court of Appeals
### For The District of Columbia Circuit

**No. 23-3083**                      **September Term, 2022**

1:21-cr-00085-CRC-1

Filed On: June 7, 2023 [2002690]

United States of America,

    Appellee

    v.

John Herbert Strand,

    Appellant

## O R D E R

The notice of appeal was filed on June 5, 2023, and docketed in this court on June 7, 2023. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | June 22, 2023 |
| Entry of Appearance Form | June 22, 2023 |
| Transcript Status Report | June 22, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Lynda M. Flippin
Deputy Clerk

The following forms and notices are available on the Court's website:

Criminal Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form