CJA 24 AUTHORIZATION AND VOUCHER TRANSCRIPT

| 1. CIR./DIST./DIV. CODE 0090 | 2. PERSON REPRESENTED JOHN HERBERT STRAND | | VOUCHER NUMBER 0090.1561858 | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:21-CR-00085-1-CRC | 5. APPEALS DKT./DEF. NUMBER 23-3083 | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) USA v. STRAND et al | 8. PAYMENT CATEGORY Felony (including pre-trial diversion of alleged felony) | 9. TYPE PERSON REPRESENTED Adult Defendant | 10. REPRESENTATION TYPE Criminal Case | |
| 11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense* 18:1512C.M | | | | |

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

| 12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly) Sentencing and Appeal |
|---|
| 13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.) Trial - opening through closing through to verdict. Sep. 20, 21, 22, 23, and 26, 2022 |

| 14. SPECIAL AUTHORIZATIONS | | JUDGE'S INITIALS |
|---|---|---|
| A. Apportioned 0% of transcript with *(Give case name and defendant)* | | |
| B. ☐ 14-Day  ☐ Expedited  ☒ 3-Day  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript | | |
| C. ☒ Prosecution Opening Statement  ☒ Prosecution Argument  ☒ Prosecution Rebuttal  ☒ Defense Opening Statement  ☒ Defense Argument  ☐ Voir Dire  ☒ Jury Instructions | | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in item 15 is hereby granted. |
| Stephen Brennwald /S/    05/09/2023 13:39:05 Signature of Attorney    Date Stephen Brennwald Printed Name Telephone: 301-928-7727 | Christopher R. Cooper /S/ Signature of Presiding Judicial Officer or By Order of the Court 05/24/2023 07:13:13 Date of Order    Nunc Pro Tunc Date |

### CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other | 18. PAYEE'S NAME Lisa Moreira MAILING ADDRESS *(First Name, M.I., Last Name, Including any suffix.)* 333 Constitution Avenue NW Washington, DC 20001 |
|---|---|
| 19. SOCIAL SECURITY OR EMPLOYER ID NUMBER OF PAYEE XX-XXXXXXX | Telephone: 202-354-3187 |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO OF PAGES | RATE PER PAGE | SUB TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | ------------ | | | | | |
| Copy | 1-1262 | 1262 | $0.90 | $1,135.80 | $0.00 | $1,135.80 |
| Expense (Itemize) | | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED | $1,135.80 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim for services rendered is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

| Signature of | Lisa A. Moreira /S/ | Date | 5/25/2023 |
|---|---|---|---|

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

| Stephen Brennwald /S/ Signature of Attorney or Clerk | 05/26/2023 12:28:29 Date |
|---|---|

### APPROVED FOR PAYMENT - COURT USE ONLY

| 23. APPROVED FOR PAYMENT | | 24. AMOUNT APPROVED |
|---|---|---|
| Christopher R. Cooper /S/ Signature of Judicial Officer or Clerk of the Court | 06/09/2023 06:16:33 Date | $1,135.80 |

**Voucher Services Detail**

| Date | Service Type | Description | Incl. Page Numbers | No. of Pages | Rate Per Page | Apportioned | Adjusted | Total | Audit Amount | Audit Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/2023 | Copy | Copy of trial transcripts | 1-1262 | 1262 | $0.90 | $0.00 | $0.00 | $1,135.80 | | |

**Voucher Expenses Detail**

No Expenses Reported

**Submission Notes**

<u>Public Notes</u>

5.26.23. All transcripts were provided as requested so this voucher should be paid in full.  SFB

<u>Private Notes</u>

(No Notes)