# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3083**                                          **September Term, 2022**

1:21-cr-00085-CRC-1

Filed On: July 11, 2023 [2007398]

United States of America,

        Appellee

   v.

John Herbert Strand,

        Appellant

## O R D E R

Upon consideration of appellant's motion for extension of time to comply with the initial filings order, and the lodged initial submissions, it is

**ORDERED** that the motion for extension of time be granted. The Clerk is directed to file the lodged documents.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                                    BY:    /s/
                                                     Catherine J. Lavender
                                                     Deputy Clerk