UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Appeal No. 23-3083 |
| JOHN H. STRAND, | ) |
| Defendant-Appellant. | ) |

**UNOPPOSED MOTION FOR BRIEFING EXTENSION BY APPELLANT STRAND**

Appellant Strand, by counsel, moves the Court to extend the time for filing his brief by two weeks. Circuit Rule 28(e). The government does not oppose this motion. Appellant's requested relief is supported by the following considerations.

Strand's brief is due September 25, 2023. Appellant's counsel recently completed two trials as well as several sentencing hearings in the past few weeks. An additional two weeks' time would ensure that counsel has had the opportunity to fully review the record, conduct relevant research, and complete briefing on all issues that merit attention. In addition, counsel has encountered difficulties in communicating with the Appellant after he surrendered to serve his sentence of incarceration. An extension of time would allow counsel to further discuss the appeal with Strand in advance of the briefing deadline.

1

Accordingly, Appellant moves the Court to extend his briefing deadline to October 9, 2023.

Dated: September 18, 2023              Respectfully submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Attorney for John Strand*

## Certificate of Service

I hereby certify that on the 18th day of September, 2023, I filed the foregoing submission with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

## Certificate of Compliance

I hereby certify pursuant to Fed. R. App. P. 32(g) that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Times New Roman, a proportionally spaced typeface.

*/s/ Nicholas D. Smith*

2

Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Attorney for John Strand*