# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3083**                             **September Term, 2023**

1:21-cr-00085-CRC-1

Filed On: September 19, 2023 [2017873]

United States of America,

       Appellee

  v.

John Herbert Strand,

       Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | October 10, 2023 |
| Appendix | October 10, 2023 |
| Appellee's Brief | November 9, 2023 |
| Appellant's Reply Brief | November 30, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk