# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3083**  **September Term, 2023**

1:21-cr-00085-CRC-1

Filed On: October 2, 2023 [2019927]

United States of America,

    Appellee

  v.

John Herbert Strand,

    Appellant

### **O R D E R**

It is **ORDERED,** on the court's own motion, that the briefing schedule set forth in the court's order filed September 19, 2023, be suspended pending further order of the court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Tatiana A. Magruder
        Deputy Clerk