# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3083**                      **September Term, 2023**

1:21-cr-00085-CRC-1

**Filed On:** October 12, 2023

United States of America,

      Appellee

    v.

John Herbert Strand,

      Appellant

**BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to exceed word limits in brief, it is

**ORDERED** that the motion be denied. See D.C. Cir. Rule 28(e)(1) ("The court disfavors motions to exceed limits on the length of briefs," and "such motions will be granted only for extraordinarily compelling reasons.").

The Clerk is directed to enter a revised briefing schedule.

### Per Curiam

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                     BY:     /s/
                               Tatiana Magruder
                               Deputy Clerk