# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-3083**  September Term, 2023

1:21-cr-00085-CRC-1

Filed On: October 12, 2023 [2021459]

United States of America,

  Appellee

  v.

John Herbert Strand,

  Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the following revised briefing schedule will apply in this case:

| | |
|---|---|
| Appellant's Brief | November 13, 2023 |
| Appendix | November 13, 2023 |
| Appellee's Brief | December 13, 2023 |
| Appellant's Reply Brief | January 3, 2024 |

 All issues and arguments must be raised by appellant in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief. To enhance the clarity of their briefs, the parties are cautioned to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 42 (2021); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

 Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

**FOR THE COURT:**  
Mark J. Langer, Clerk

BY: /s/  
   Tatiana A. Magruder  
   Deputy Clerk