# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3083**  September Term, 2024

1:21-cr-00085-CRC-1

Filed On: September 17, 2024 [2075078]

United States of America,

    Appellee

  v.

John Herbert Strand,

    Appellant

**O R D E R**

Upon consideration of the joint motion to govern future proceedings, it is

**ORDERED** that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that the following revised briefing schedule will now apply:

| | |
|---|---|
| Appellant's Amended Brief | December 13, 2024 |
| Appendix | December 13, 2024 |
| Appellee's Brief | January 24, 2025 |
| Appellant's Reply Brief | February 14, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk