# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Appeal No. 23-3083 |
| JOHN H. STRAND, | ) |
| Defendant-Appellant. | ) |

## APPELLANT STRAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The Court's briefing schedule provides that Appellant Strand's brief is due December 13, 2024. Strand, by counsel, moves the Court for a one-month extension of time to file his brief. The government does not oppose this motion.

Strand's counsel has recently been appointed to represent another defendant who will be on trial in a little over a month's time. He also has overlapping briefing deadlines in other appeals. Additional time will also permit the parties to discuss resolutions that would obviate briefing. Accordingly, Strand requests that the Court modify the briefing schedule as follows: Appellant's brief due January 13, 2025; Appellee's brief due February 24, 2025; Appellant's reply due March 14, 2025.

Strand is grateful for the Court's consideration of this motion.

1

| | |
|---|---|
| Dated: November 15, 2024 | Respectfully submitted,<br><br>*/s/ Nicholas D. Smith*<br>Nicholas D. Smith (D.C. Bar No. 1029802)<br>1123 Broadway, Suite 909<br>New York, NY 10010<br>Phone: (917) 902-3869<br>nds@davidbsmithpllc.com<br><br>*Attorney for John Strand* |

**Certificate of Service**

I hereby certify that on the 15th day of November, 2024, I filed the foregoing submission with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

2

## Certificate of Compliance

I hereby certify pursuant to Fed. R. App. P. 32(g) that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Times New Roman, a proportionally spaced typeface. I certify that this appeal is not taken for delay.

>   */s/ Nicholas D. Smith*
>   Nicholas D. Smith (D.C. Bar No. 1029802)
>   1123 Broadway, Suite 909
>   New York, NY 10010
>   Phone: (917) 902-3869
>   nds@davidbsmithpllc.com
>
>   *Attorney for John Strand*